```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                                        :
AFIYFAH MUHAMMAD, *collectively and on behalf of others* :
*similarly situated in the proposed FLSA and NYLL collective* :
*action, et al.*,                                            :
                                                                                                        :           1:23-cv-11315-GHW
                                        Plaintiffs,       :
                                                                          :
                            -against-                   :                       ORDER
                                                                                         :
ALTO PHARMACY LLC, *et al.*,                    :
                                                                          :
                                       Defendants.      :
                                                                                            :
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      On February 5, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than February 19, 2024.  Dkt. No. 8.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's February 5, 2024 order forthwith, and in no event later than February 23, 2024.

      SO ORDERED.

Dated:  February 20, 2024
New York, New York

                                                                                                     GREGORY H. WOODS
                                                                                          United States District Judge