# CHARLES LAW, P.C.
### Attorneys at Law

Fred V. Charles, Esq.
_____
Member of the New York Bar

March 15, 2024

VIA ECF
Honorable Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Muhammad, et al. v. Alto Pharmacy, LLC, et al., 23-cv-11315 (KHP)

Dear Judge Parker:

We represent plaintiffs Afiyfah Muhammad, Dominique Skinner, Darwin Wilson, and the putative collective class ("Plaintiffs") in this matter. I respectfully request an adjournment of the Initial Case Management Conference, scheduled for March 26, 2024. (ECF Dkt. 14).

This is Plaintiffs' first request for an adjournment or extension of time in this matter. The reason for the request is counsel scheduling conflicts with other actions. The dates of availability for Plaintiffs' counsel and counsel for defendant Alto Pharmacy LLC are: April 16, 2024 and May 6-10, 2024. Counsel for defendant Alto Pharmacy LLC consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com

---

**APPLICATION GRANTED:** The Initial Case Management Conference set for 3/26/2024 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, May 7, 2024 at 11:00 a.m.

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
03/15/2024