```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                        Plaintiffs,

          -against-

ALTO PHARMACY LLC, et al.,

                        Defendant.
-----------------------------------------------------------------X

23-CV-11315 (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 18, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiffs shall file their Motion for Conditional Class Certification **by March 1, 2025**. Defendants shall file their opposition **by March 22, 2025**. Plaintiffs shall file their reply **by March 29, 2025**.

Discovery for any collective that may be certified shall take place within 120 days following a ruling on the Motion for Conditional Class Certification, if appropriate.

There shall be no further amendments to the pleadings or joinder of parties absent good cause.

The parties shall conduct depositions of the Lead Plaintiffs and Defendants in the 60 days following the date of this order.

      **SO ORDERED.**

DATED:    New York, New York
              February 18, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge