```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                            Plaintiffs,

         -against-

ALTO PHARMACY LLC, et al.,

                            Defendant.
-----------------------------------------------------------------X

23-CV-11315 (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 26, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

All discovery deadlines are extended by 60 days.

**By July 28, 2025**, Plaintiffs shall file their class notice for the Court's review.

**By July 28, 2025**, Plaintiffs shall file a letter informing the Court how they intend to proceed with the relevant state court case and what their position is with respect to the res judicata argument raised in Defendant's June 24, 2025 letter. (*See* ECF No. 108)

    SO ORDERED.

DATED:    New York, New York
              July 1, 2025

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge