**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

                               Plaintiffs,

                   -against-

ALTO PHARMACY LLC, et al.,

                             Defendant.

------------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #:_____          │
│ DATE FILED:   7/29/2025             │
└─────────────────────────────────────┘
```

**23-CV-11315 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 28, 2025, Plaintiffs filed their proposed notice of this action to potential FLSA

opt-in plaintiffs.  (*See* ECF No. 116)  The Court hereby approves the proposed notice with the

exception of the proposed consent form.  The following language should be added as paragraph

6 to the "Consent to Join Collective Lawsuit":

> I understand that the parties in this action have consented to the jurisdiction of
> Magistrate Judge Katharine H. Parker to conduct all proceedings in the case.  By joining
> this action, I also consent to have a United States Magistrate Judge conduct all
> proceedings in this case including trial, the entry of final judgment, and all post-trial
> proceedings.

       **SO ORDERED.**

DATED:  July 29, 2025
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge