UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                Plaintiffs,

    -against-

ALTO PHARMACY LLC, et al.,

                Defendant.
----------------------------------------------------------------X

23-CV-11315 (KHP)

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Tuesday, December 2, 2025, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646) 453-4442, ID: 832 201 888#

    SO ORDERED.

DATED:    New York, New York
             November 3, 2025

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge