**APPLICATION GRANTED:**
**The telephonic case management conference in this matter scheduled for Tuesday, December 2, 2025 at 11:00 a.m. is hereby rescheduled to <u>Tuesday, January 6, 2026 at 4:00 p.m.</u> Please dial (646) 453-4442, ID: 832 201 888#**

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
**12/01/2025**

## T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/01/2025

**MEMO ENDORSED**

November 30, 2025

<u>**Sent via e-Courts**</u>:
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Muhammad et al. v. Alto Pharmacy LLC et al.
Civil Docket No. 1:23-cv-11315-KHP

<u>Adjournment Request</u>

Dear Judge Parker:

Plaintiffs respectfully request an adjournment of the status conference currently scheduled for December 2, 2025, in the above-referenced matter. Plaintiffs' counsel suffered the death of a close loved one over the Thanksgiving holiday and is presently attending to related family matters, which makes it impossible to appear and adequately prepare for the conference.

This request is made for good cause and not for purposes of delay. Plaintiffs respectfully request that the Court adjourn the conference for approximately two weeks, or to a date and time convenient for the Court. Plaintiffs will promptly confer with defense counsel regarding their availability for a new date and will cooperate in submitting any proposed alternative dates the Court may require.

Plaintiffs apologize for the short notice and any inconvenience to the Court and respectfully request that this application be granted.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsel of record via ECF.

 347-342-7432    tblackburn@tablackburnlaw.com   TABlackburnlaw.com