**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                                        Plaintiffs,

                    -against-

ALTO PHARMACY LLC, et al.,

                                        Defendant.
-----------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/7/2026

**23-CV-11315 (KHP)**

**POST-CONFERENCE ORDER**

On January 6, 2026, the parties appeared before the undersigned for a telephonic case management conference. As discussed on the record and set forth below:

Both class and individual discovery is extended by 6 months. Accordingly fact discovery for the class and individuals are due by **October 30, 2026**. The Rule 23 briefing schedule is also extended by 90 days. Plaintiffs' motion for class certification is now due by **May 1, 2026**, Defendants' opposition will be due by **May 29, 2026**. Plaintiffs' reply, if any, will be due by **June 12, 2026**.

Plaintiffs are directed to provide written responses and/or objections to Defendants' document requests on or before **January 30, 2026** and commence a rolling production of requested documents on or before that date. Further, Plaintiffs Skinner and Wilson are directed to respond to interrogatories by **January 30, 2026**.

The Court encourages the parties to engage in meaningful meet and confer to keep costs low and reach a resolution agreeable to both parties. To that end, the parties are directed to file a letter by January 20, 2026 informing the Court as to whether the parties seek a referral to a separate Magistrate Judge regarding a settlement conference.

Finally, a Case Management Conference is scheduled for **Friday, February 20, 2026 at 11:00 a.m.** and will be held in **Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York**.   At least one week before the conference date, the parties are instructed to file agenda letters of no more than 3-pages in order to flag any discovery issues to the extent they exist.   In the interim the parties should be aware of the Court's individual rules regarding pre-motion conferences.

    **SO ORDERED.**

DATED:        New York, New York
              January 7, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge