UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFIYFAH MUHAMMAD, DARWIN WILSON, and DOMINIQUE SKINNER, collectively, *and on behalf of all others similarly situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>ALTO PHARMACY LLC, JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence) ABC CORPORATIONS (names being fictitious and used to connote unidentified entities responsible for this occurrence). I<br><br>                              Defendants. | Civil Action No: 1:23-cv-11315 (KHP)<br><br>NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Fred V. Charles, dated January 14, 2026, the undersigned will move this Court, pursuant to Local Civil Rule 1.4, for leave to withdraw as counsel for plaintiffs Afiyfah Muhammad, Darwin Wilson and Dominique Skinner, and opt-in plaintiffs, before the Honorable Katherine H. Parker, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York, 10007, at a time set by the Court, for an order, pursuant to Local Civil Rule 1.4 for leave to withdraw as counsel for plaintiffs, and granting counsel leave to assert a charging lien and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
         January 14, 2026

<u>/s/ Fred V. Charles</u>
Fred V. Charles
Charles Law, P.C.
244 Fifth Ave., Suite 2717
New York, NY 10001
Telephone: (646) 784-2708
fcharles@charleslawpc.com

*Attorney for Plaintiffs*

TO: All counsel of record via ECF.