UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFIYFAH MUHAMMAD, DARWIN WILSON, and DOMINIQUE SKINNER, *collectively and on behalf of themselves and all other similarly situated,*<br><br>Plaintiffs,<br><br>-against-<br><br>ALTO PHARMACY LLC, JOHN DOES 1-10, JANE DOES 1-10, and ABC CORPS. 1-10,<br><br>Defendants. | Civil Action No.: 23-cv-11315 (KHP) |

## DECLARATION OF FRED V. CHARLES

I, Fred V. Charles, do hereby declare and state, under the penalty of perjury, as follows:

1. I am an attorney duly admitted to practice before this Court, and in the courts of the State of New York.

2. I am co-counsel to plaintiffs Afiyfah Muhammad, Darwin Wilson and Dominique Skinner ("Plaintiffs") and opt-in plaintiffs in this action.

3. I submit this declaration in support of my motion to withdraw as counsel.

4. This action commenced on December 30, 2023, and I filed a notice of appearance on February 26, 2024. (ECF No. 15).

5. Plaintiffs in this action have been conditionally certified as a collective class under Section 216(b), and approximately 150 individuals have opted in as plaintiffs.

1

6. The reason for my withdrawal is a breakdown in communications among counsel that may negatively affect client representation.

7. Going forward, Plaintiffs will be represented by remaining plaintiffs' counsel Kevin Mahoney and Tyrone Blackburn.

8. I respectfully request that the Court grant counsel leave to withdraw as counsel.

9. I assert a charging lien for a share of attorneys' fees for all funds that may be obtained by judgment, settlement, arbitration or mediation in this action, as previously agreed to among plaintiffs' counsel.

10. Due to the large number of plaintiffs (approximately 150), Counsel serves notice of withdrawal on remaining Plaintiffs' counsel via ECF.

Dated: New York, New York
January 14, 2026

CHARLES LAW, P.C.

/s/ Fred V. Charles
Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, NY 10001
Telephone: (646) 494-2662
Email: fcharles@charleslawpc.com

2