UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFIYFAH MUHAMMAD, DARWIN WILSON, and DOMINIQUE SKINNER, collectively, *and on behalf of all others similarly situated,*<br><br>                    Plaintiff,<br><br>-against-<br><br>ALTO PHARMACY LLC, JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence) ABC CORPORATIONS (names being fictitious and used to connote unidentified entities responsible for this occurrence). I<br><br>                    Defendants. | Civil Action No: 1:23-cv-11315 (KHP) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Fred V. Charles' Motion to Withdraw as counsel for plaintiffs was served on January 14, 2026, upon:

For Defendant
Noel P. Tripp, Esq.
Lauren B. Grassotti, Esq.
Jackson Lewis P.C.
58 South Service Rd., Suite 250
Telephone: (631) 247–0404
Melville, New York
Niel.tripp@jacksonlewis.com
Lauren.grassotti@jacksonlewis.com

For Plaintiffs
Kevin Mahoney, Esq.
Mahoney Law Group
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
kmahoney@mahoney-law.net

Tyrone A. Blackburn, Esq.
T.A. Blackburn Law
1242 East 80th St., 3rd Fl.
Brooklyn, NY 11236
Telephone: (347) 342-7432
Blackburn@tablackburn.com


Electronically on counsel of record by the Court's Electronic Case Filing system (ECF).

Dated: New York, New York
       January 14, 2026


                                        /s/ Fred V. Charles
                                        Fred V. Charles
                                        Charles Law, P.C.
                                        244 Fifth Ave., Suite 2717
                                        New York, NY 10001
                                        Telephone: (646) 784-2708
                                        fcharles@charleslawpc.com


TO: All counsel of record via ECF.