```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

                               Plaintiffs,

                 -against-

ALTO PHARMACY LLC, et al.,

                            Defendant.
-----------------------------------------------------------------X

**23-CV-11315 (KHP)**

**ORDER REGARDING SETTLEMENT**
**REFERRAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Honorable Ona T. Wang will preside over the settlement conference in this matter.

The parties are directed to contact Judge Wang's Deputy at her chambers phone number within

7-days of this order to schedule a settlement conference.

       **SO ORDERED.**

DATED:       New York, New York
                January 21, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge