**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
AFIYFAH MUHAMMAD,                              :
                                               :
                    Plaintiff,                 :          23-CV-11315 (KHP) (OTW)
                                               :
            -against-                          :          **ORDER**
                                               :
ALTO PHARMACY LLC, et al.,                     :
                                               :
                    Defendants.                :
                                               :
                                               :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Thursday, February 05, 2026.

As discussed on the call, the parties are directed to file a joint status letter by **Friday, February 27, 2026**, proposing three dates in  March or April for another Preliminary Settlement Conference Call.

**SO ORDERED.**

Dated: February 5, 2026                    /s/  Ona T. Wang
       New York, New York                  **Ona T. Wang**
                                           United States Magistrate Judge