# ℔
# T. A. BLACKBURN LAW

**TYRONE A. BLACKBURN**

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/20/2026

February 19, 2026

Hon. Katharine H. Parker, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Muhammad et al., v. Alto Pharmacy LLC, 23-cv-11315
Request for Remote Status Conference

Dear Judge Parker:

I represent the plaintiff in the above-captioned complaint. I write to respectfully request that the court turn the 2/20/2026 in-person status conference into a remote status conference. I apologize for the late request. I am returning from a cruise, and I did not have access to ECF while outside of the United States. The ship has now docked in Puerto Rico (hence my ability to upload to ECF), and my flight back to New York is later in the evening. I respect the court and counsel for the defendants' time. I am not asking for an adjournment, but only a slight adjustment in the way the status conference is held.

I apologize again for any inconvenience this may cause.

Respectfully submitted,

**APPLICATION GRANTED:** **The Case Management Conference in this matter scheduled for** **Friday, February 20, 2026, at 11:00 a.m.** **is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 966 643 896#.**

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Attorney for Derek Brathwaite

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
**02/20/2026**

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com