**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                         Plaintiffs,

             -against-

ALTO PHARMACY LLC, et al.,

                        Defendant.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 2/20/2026

**23-CV-11315 (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 20, 2026, the parties appeared before the undersigned for a telephonic case management conference.  As discussed on the record and set forth below:

Plaintiffs are directed to share the outstanding interrogatory responses with Defense counsel and commence its rolling production of the documents requested by Defendants with alacrity in advance of the upcoming scheduled depositions.  The parties are also directed to meet and confer regarding a numbering system for document exchanges and further discuss settlement.

Finally, the parties are directed to file a joint status letter by **March 20, 2026** informing the Court as to the status of discovery.

       **SO ORDERED.**

DATED:      New York, New York
              February 20, 2026

                                   _Katharine H Parker_
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge