**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

                                    Plaintiffs,

                    -against-

ALTO PHARMACY LLC, et al.,

                                    Defendant.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/2026

**23-CV-11315 (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 29, 2026, the parties appeared before the undersigned for a telephonic case management conference.  As discussed on the record and set forth below:

Defendant, with the compliance of "When I Work" is directed to transmit the requested data to the agreed upon vendor for filtering and have the filtered data-set produced to Plaintiffs, along with employee ID numbers by **May 6, 2026**.

The previous deadlines set for Rule 23 briefing are hereby extended by 30 days: the motion for class certification is now due **June 1, 2026**; Defendant's opposition is due **July 1, 2026**; Plaintiffs' reply is due **July 15, 2026**.

The parties are directed to meet and confer in good faith to discuss Plaintiffs' document production and to come to an agreement on deposition scheduling.  The parties are further directed to file a joint letter by **May 20, 2026** informing the Court as to the status of discovery.

A telephonic case management conference on this matter has been scheduled for **Monday, June 1, 2026 at 4:00 p.m**.  Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646) 453-4442, ID: 178 242 627#

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 313.**

**SO ORDERED.**

DATED:     New York, New York
           April 29, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2