

# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

May 20, 2026

**Sent via e-Courts**:
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Muhammad et al. v. Alto Pharmacy LLC et al.
Civil Docket No. 1:23-cv-11315-KHP

### 45 Day Extension of All Deadlines

Dear Judge Parker:

The parties write jointly and on consent of Defendants to respectfully request a 45-day extension of the current discovery deadlines in this action. The parties have continued to meet and confer in good faith and, despite their diligence, require additional time to complete the remaining discovery, including document production and depositions.  Under separate cover the Parties will provide the Court with a detailed update of the status of discovery.

A 45-day extension will allow the parties to complete discovery efficiently and without prejudice to any party.  The new proposed dates are:

|  | Current: | Proposed: |
| --- | --- | --- |
| • Motion for Class Certification: | June 1, 2026, | July 16, 2026 |
| • Defendant's opposition: | July 1, 2026, | August 14, 2026 |
| • Plaintiffs' reply | July 15, 2026, | August 31, 2026 |

Thank you for the Court's consideration.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsel of record via ECF.

 347-342-7432   ✉ tblackburn@tablackburnlaw.com   🌐 TABlackburnlaw.com