```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___6/1/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

                      Plaintiffs,

         -against-

ALTO PHARMACY LLC, et al.,

                      Defendant.
-----------------------------------------------------------------X

**23-CV-11315 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 1, 2026, the parties appeared before the undersigned telephonically for a case management conference.  The Parties shall file another joint status update by **July 1, 2026.**

      **SO ORDERED.**

DATED:      New York, New York
              June 1, 2026

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge