USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/6/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AFIYFAH MUHAMMAD, et al.,

                             Plaintiffs,                              **23-CV-11315 (KHP)**

                 -against-                                            **SCHEDULING ORDER**

ALTO PHARMACY LLC, et al.,

                             Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 1, 2026 the parties filed a joint letter updating the Court on the status of

discovery.  The Court thanks the parties for the update and applauds their meet and confer

efforts.  The parties are directed to file an additional status update on **July 31, 2026**. A case

management conference in this matter is scheduled for **Monday, September 14, 2026 at 11:00**

**a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

          **SO ORDERED.**

DATED:      New York, New York
            July 6, 2026

                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge