**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

AFIYFAH MUHAMMAD,                                   :
                                                    :
                        Plaintiff,                  :          23-CV-11315 (KHP)
                                                    :
        -against-                                   :          **SCHEDULING ORDER**
                                                    :
ALTO PHARMACY LLC, et al.,                          :
                                                    :
                        Defendants.                 :
                                                    :
                                                    :
------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court will hold another **Preliminary Settlement Conference Call on Tuesday,**

**October 06, 2026 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on

the line.


     **SO ORDERED.**



                                     */s/ Ona T. Wang*

Dated: August 6, 2026                                **Ona T. Wang**
       New York, New York                          United States Magistrate Judge