# EXHIBIT B

| | |
|---|---|
| **From:** | Tyrone Blackburn <tblackburn@tablackburnlaw.com> |
| **Sent:** | Thursday, May 14, 2026 10:20 PM |
| **To:** | Kevin Mahoney; Mass, Erik (NYC); Grassotti, Lauren B. (Long Island); Beyonca Alem; Rodney Diggs; Tripp, Noel P. (Long Island) |
| **Subject:** | RE: Muhammad et al., v. Alto Pharmacy LLC, 23-cv-11315- Supplemental RFA, RFP, RFI |
| **Attachments:** | Plaintiff's Request for Interrogatories to Defendant Alto Pharmacy, LLC.pdf; Plaintiff's Request for Admissions to Defendant Alto Pharmacy, LLC.pdf; Plaintiff's Request for Production of Documents to Defendant Alto Pharmacy, LLC.pdf |

Counsels,

Please see attached Plaintiffs' supplemental RFA's, RFP's, and Interrogatories.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.