# EXHIBIT E

**From:** Grassotti, Lauren B. (Long Island)
**Sent:** Friday, July 10, 2026 5:19 PM
**To:** Tyrone Blackburn
**Cc:** Mass, Erik (NYC); Tripp, Noel P. (Long Island); Kevin Mahoney; Kevin Mahoney Jr.; Beyonca Alem; Rodney Diggs; Alice D. Williams; Alexandria K. Feather
**Subject:** Muhammad et al v. Alto Pharmacy LLC, 1:23-cv-11315-KHP
**Attachments:** Defendant Alto Pharmacy, LLC's Objections and Responses to Plaintiffs' Request for Admission.pdf; Defendant Alto Pharmacy LLC's Objections and Responses to Plaintiffs' Request for Production of Documents.pdf; Defendant Alto Pharmacy, LLC's Objections and Responses to Plaintiffs' Supplemental Request for Interrogatories.pdf; DEF002598 - DEF002630.pdf

Attached, please see the following:

1. Defendant Alto Pharmacy, LLC's Objections and Responses to Plaintiffs' Request for Admissions, dated July 10, 2026;
2. Defendant Alto Pharmacy, LLC's Objections and Responses to Plaintiffs' Request for Production of Documents, dated July 10, 2026;
3. Defendant Alto Pharmacy, LLC's Objections and Responses to Plaintiffs' Supplemental Request for Interrogatories, dated July 10, 2026; and
4. Documents bearing Bates-stamp numbers DEF002598 – DEF002630.