# EXHIBIT G

**From:** Grassotti, Lauren B. (Long Island)
**Sent:** Friday, August 14, 2026 5:14 PM
**To:** 'Tyrone Blackburn'; Kevin Mahoney
**Cc:** Mass, Erik (NYC); Kevin Mahoney Jr.; Rodney Diggs; Laura N. James; beene naulapw; Tripp, Noel P. (Long Island)
**Subject:** RE: Subpoena to Slack Technologies in Muhammad v. Alto Pharmacy LLC
**Attachments:** DEF002631 - DEF003227.pdf; 2026.08.14 Ltr. encl. DEF002631 - DEF003227.pdf

Please see the attached correspondence, along with documents bearing Bates-stamp number DEF002631 – DEF003227.

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Wednesday, August 12, 2026 5:58 PM
**To:** Kevin Mahoney <kmahoney@mahoney-law.net>
**Cc:** Grassotti, Lauren B. (Long Island) <Lauren.Grassotti@jacksonlewis.com>; Mass, Erik (NYC) <Erik.Mass@jacksonlewis.com>; Kevin Mahoney Jr. <kjmahoney@mahoney-law.net>; Rodney Diggs <RDiggs@imwlaw.com>; Laura N. James <LJames@imwlaw.com>; beene naulapw <beenenaulapwa@gmail.com>; Tripp, Noel P. (Long Island) <Noel.Tripp@jacksonlewis.com>
**Subject:** Re: Subpoena to Slack Technologies in Muhammad v. Alto Pharmacy LLC

Will do.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

JacksonLewis

Jackson Lewis P.C.
58 South Service Rd., Ste. 250
Melville, New York 11747
Tel 631-247-0404
Fax 631-247-0417
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4645
MY EMAIL ADDRESS IS: LAUREN.GRASSOTTI@JACKSONLEWIS.COM

August 14, 2026

**VIA EMAIL**
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
tablackburn@tablackburnlaw.com

Kevin Mahoney, Esq.
Mahoney Law Group, APC
kmahoney@mahoney-law.net

Re: *Muhammad et al. v. Alto Pharmacy, LLC*, Case No. 1:23-cv-11315

Dear Tyrone and Kevin:

Enclosed for production on behalf of Defendant Alto Pharmacy LLC ("Alto") are documents bearing Bates-stamp numbers DEF002631 – DEF003227, which consist of Slack direct message and channel communications between Mike DiNicola and the following named and opt-in plaintiffs:

| | | |
|---|---|---|
| Adhikari | Ranjan | ranjan.adhikari53556-mike_dinicola |
| Ali | Ahhad | ahhadali-mike_dinicola |
| Barish | Leonard | mike_dinicola-krypto7944 |
| Barrios | Frank | mike_dinicola-barriosfrank06 |
| Benitez | Jose | mike_dinicola-jbenitezsr1 |
| Burkes | Marquis | info.marquiswolf-mike_dinicola |
| Buzzi | Evan | mike_dinicola-evan.buzzi |
| Campbell | Usef | mike_dinicola-usefcampbell |
| Campion | Nicholas | nickcampion00-mike_dinicola |
| Chrisphonte | Juvensky | juvenskychrisphonte-mike_dinicola |
| Claxton | Glenn | g_claxton-mike_dinicola |
| Cockerl | Tamara | mike_dinicola-tamaracockerl |
| Colon | Jose | mike_dinicola-colonij |
| Correa | Ashley | ashleyccreativearts-mike_dinicola |
| Crisp | Alexis | mike_dinicola-alexis.crisp17 |
| Crisp | Gregory | mike_dinicola-gregorycrisp |
| Dames | Kory | mike_dinicola-korydames1226 |
| De La Pena | Marco | mike_dinicola-polowave8 |
| Figuereo | Rosemery | mike_dinicola-rosmery.figuereo |
| Hackshaw-Berrios | Faith | hackshawf14-mike_dinicola |

| | | |
|---|---|---|
| Hall | Juston | mike_dinicola-justonbrad |
| Himmel | Marc | mike_dinicola-mhmarc5 |
| Horsford | Jace | mike_dinicola-jacehorsford39 |
| Hussain | Usama | mike_dinicola-hussainusama641 |
| Jackson | Angie | angiejackson45-mike_dinicola |
| Jenkins | Jamaal | mike_dinicola-jenkinsj7 |
| Johnson | Deborah | deborahjohnson116-mike_dinicola |
| Kirnon | Crystal | mike_dinicola-kirnoncrystal30 |
| Kling | Mason | mike_dinicola-gnilk10 |
| Kuruvilla | Augustine | mike_dinicola-kaugustine1947 |
| Lazzaro | Peter John | mike_dinicola-peterlazzaro1 |
| Locke | Rohan | mike_dinicola-rohan.g.locke |
| Luke | Gianni | giannill737-mike_dinicola |
| Marchese | Melissa A. | mike_dinicola-tstprovisionnyc |
| Marshall | Steven | mike_dinicola-stevenmarshall213 |
| Masih Das | Kenneth | mike_dinicola-kenn1122 |
| Mbanefo | Georgina | mike_dinicola-mbanne5 |
| McFarlane | Shomari | mike_dinicola-shogamer90 |
| McNeil | David | dmcneil840-mike_dinicola |
| Mendoza | Vernesia | mike_dinicola-vee.lepps |
| Middleton | Jahmal | mike_dinicola-jahmalmiddleton |
| Miller | Timmy | mike_dinicola-mx500tim |
| Muhammad | Afiyfah | mike_dinicola-afiyfahzmuhammad |
| Nelson | Chase | mike_dinicola-chasnels15 |
| Nikiema Assim | Ben Isaaka | issakanikiema.nb-mike_dinicola |
| Padilla | Jason | mike_dinicola-jasonspadilla |
| Pagan | Angel | apagan083087-mike_dinicola |
| Pamukcu | Asaf | asafpamukcu-mike_dinicola |
| Pena | Hillary | mike_dinicola-hillarypenar |
| Pierre | Jason | jasonevan36 |
| Priester | Roger | rpriester42-mike_dinicola |
| Prince | Michael | mike_dinicola-mcpro99 |
| Ramirez | Stasio | stasioramirez-mike_dinicola |
| Ramos | Madeline | mike_dinicola-maddyramos23 |
| Rendon | Froylan | mike_dinicola-rendonfroylan41 |
| Rodriguez | Jose | mike_dinicola-jerodriguez74715 |
| Rojas | Michael | michaelrojas862-mike_dinicola |
| Salas | Julio | salasjulio386-mike_dinicola |
| Samba | Ali | mike_dinicola-asamba50 |
| Sanchez | Juan Carlos | mike_dinicola-jcsanchez2030 |
| Sapp | Shavar | mike_dinicola-premo135 |
| Seepersaud | Mohindra | mike_dinicola-satchseep |
| Setta | Tanisha | mike_dinicola-tanisha.setta |

| | | |
|---|---|---|
| Sevilla | Angel | mike_dinicola-machos95 |
| Shaw | Jimmy | mike_dinicola-jameshaw01 |
| Singh | Avita | mike_dinicola-crownjewel128 |
| Skinner | Dominique | dominiqueskinner28-mike_dinicola |
| Stroy | Jeff | figsfigs718718-mike_dinicola |
| Tucker | Karen | tuckerdkaren-mike_dinicola |
| Tyndale | Mark | marktyndale86-mike_dinicola |
| Valenti | Michael | mike_dinicola-mikev1969 |
| Vasquez | Jayson | mike_dinicola-jaysonvasquez224 |
| Vuille | Kyle | kylevuille123-mike_dinicola |
| Walker | Oneal | ohead108-mike_dinicola |
| Walters | Roger | mike_dinicola-roger.walters56 |
| Warshaw | Jason | 6445universe-mike_dinicola |
| Williams | Ericka | mike_dinicola-tripleee22 |
| Williams | Tina | williamstina336-mike_dinicola |
| Wilson | Darwin | dhwilson5-mike_dinicola |
| Wright | Cleveland | mike_dinicola-cleve2022 |
| Wytak | Vincent | mike_dinicola-vinwytak |
| Young | Tyrone | tyeyoung-mike_dinicola |

Alto's production of Slack direct message and channel communications between Mike DiNicola and any (i) named Plaintiff or (ii) opt-in plaintiff (as identified in the list attached to our June 9, 2026 letter) is substantially complete. Alto's review of Slack communications is ongoing and we will produce non-privileged Slack messages between Mike DiNicola, Amy Stout and Josh Howard regarding any instructions provided with respect to Alto's policies and practices relating to reporting and recording of courier service time at Alto's New York locations to the extent they exist on a rolling basis.

Alto does not waive any right, as applicable, to object to the disclosure of information or documents on the basis of attorney-client privilege, the work-product doctrine, or any other proper ground. Alto also preserves all objections as to competence, relevance, materiality, propriety, and admissibility of any documents or categories of documents. Alto reserves the right to supplement this production.

Very truly yours,

JACKSON LEWIS P.C.

s/ *Lauren B. Grassotti*

Lauren B. Grassotti

cc: All counsel of record

4932-9599-4567, v. 1