USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

Plaintiffs,

-against-

ALTO PHARMACY LLC, et al.,

Defendant.

---------------------------------------------------------------X

**23-CV-11315 (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 28, 2026, Alto Pharmacy LLC ("Alto") filed a letter requesting an extension of its deadline to oppose Plaintiffs' motion for class certification at ECF No. 341. Plaintiffs oppose the request. Although the briefing schedule for the motion has already been extended four times, in light of Alto's representation that additional time is necessary insofar as it still needs to complete the depositions of four opt-in Plaintiffs, as well as the attendant circumstances concerning those depositions, Alto's request is GRANTED.

Accordingly, Alto's opposition is due **October 8, 2026**. Plaintiffs' deadline to file their reply is correspondingly extended to **October 22, 2026**. Alto's request for leave to file an opposition brief exceeding 8,750 words, but not to exceed 12,500 words, is also GRANTED.

No further extensions to this briefing schedule will be permitted.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 349**

**SO ORDERED.**

DATED: New York, New York
September 1, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge