MAHONEY
LAW GROUP, APC

Kevin Mahoney, Esq. (Pro Hac Vice)
562.590.5550 Phone
562.590.8400 Fax
kmahoney@mahoney-law.net

September 8, 2026

Hon. Katharine H. Parker, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Muhammad et al., v. Alto Pharmacy LLC, 23-cv-11315
Request for Remote Status Conference

Dear Judge Parker:

Plaintiff's counsel is scheduled to defend an in-person deposition on July 15, 2026 at 9:30 am in Napa Valley, California and thus an in-person appearance would require Plaintiff to not be able to defend the scheduled deposition. In light of this conflict, counsel respectfully requests permission to participate in the hearing remotely by telephone rather than appear in-person.

Counsel will be fully available and prepared to participate in the hearing by telephone and will comply with any procedures or instructions provided by the Court. Accordingly, Plaintiffs' respectfully requests that the Court permit undersigned counsel to appear telephonically and provide the appropriate dial-in information.

Respectfully submitted,

Kevin Mahoney