USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

AFIYFAH MUHAMMAD, et al.,

Plaintiffs,

-against-

ALTO PHARMACY LLC, et al.,

Defendant.

-------------------------------------------------------------------X

**23-CV-11315 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 8, 2026, Plaintiffs' counsel filed a letter requesting permission to appear remotely for the Case Management Conference scheduled for September 14, 2026, at 11:00 a.m. (ECF No. 352) The letter states that counsel "is scheduled to defend an in-person deposition on July 15, 2026 at 9:30 am in Napa Valley, California and thus an in-person appearance would require Plaintiff to not be able to defend the scheduled deposition." (*Id.*) The Court assumes that the reference to July 15, 2026, is a typographical error and that counsel intended to refer to September 15, 2026.

Plaintiffs' counsel's request to appear remotely is GRANTED. Plaintiffs' counsel is directed to email Chambers at Parker_NYSDChambers@nysd.uscourts.gov with the telephone number at which he wishes to be reached for the conference.

**SO ORDERED.**

DATED: New York, New York
September 10, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge