JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

September 21, 2026

**VIA ECF**
Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, NY 10007

APPLICATION GRANTED

Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J. 9/22/2026

Re: *Muhammad et al. v. Alto Pharmacy, LLC,* Case 1:23-cv-11315

Dear Judge Parker:

As counsel to Defendant Alto Pharmacy, LLC ("Defendant"), we write jointly with Plaintiffs' counsel, to respectfully request a brief extension of the deadline to submit a proposed Protective Order in the above-captioned matter. On September 14, 2026, the Court directed the parties to submit a proposed Protective Order by September 21, 2026.

The parties have exchanged a draft Protective Order and are conferring regarding its contents but require additional time to attempt to resolve the outstanding issues.

**Accordingly, the parties jointly request that the Court extend the deadline to submit the proposed Protective Order to Friday, September 25, 2026.** The requested extension will provide the parties sufficient time to address any outstanding disputes and submit a joint proposed Protective Order for the Court's consideration, along with a statement of any unresolved issues related to same, if applicable.

We thank the Court for its consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

s/*Noel Tripp*
Noel P. Tripp
Elyse L. Patterson

cc: Counsel of Record (*via ECF*)