JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4661
EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM

October 5, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Muhammad et al. v. Alto Pharmacy, LLC,*
Case No. 1:23-cv-11315

Dear Judge Parker:

We write on behalf of Defendant Alto Pharmacy LLC ("Alto") to respectfully request a short additional extension of Alto's deadline to submit its opposition to Plaintiffs' motion for class certification (Dkt. 341) from October 8, 2026 to October 28, 2026. Plaintiffs' counsel does not oppose Defendant's request. The Court previously extended the briefing schedule so Alto could pursue opt-in discovery relevant to certification (Dkt. 350). After months of diligently pursuing that discovery, Alto learned only on October 1, 2026 that virtually no additional opt-ins would participate, including individuals whose declarations Plaintiffs rely upon to support certification. *See* Exhibit A (email correspondence from coordinating staff member for Plaintiffs' counsel).[1] That development materially alters the universe of available information and the record available on class certification. Plaintiffs' Rule 23 Motion relies heavily on opt-in declarations. Alto spent months seeking discovery from those opt-ins, and of course the Court previously extended the schedule for that purpose (Dkt. 350).

Relatedly, lead co-counsel for Defendant, Ms. Grassotti, left Jackson Lewis on September 11, 2026, requiring our office to identify additional resources with the requisite expertise, and for those individuals to familiarize themselves with the record in this matter.

[1] Alto repeatedly sought deposition dates from opt-ins throughout August and September. Alto deposed five opt-ins in August; two additional depositions were not completed due to connectivity issues and witness non-cooperation. Alto followed up numerous times requesting availability from the remaining opt-ins. Alto attempted to schedule depositions of thirteen additional opt-ins without success. See Dkt. 349 & nn.1–4. Alto expected those depositions to occur before learning on October 1 that virtually no additional opt-ins would participate.

JacksonLewis



Alto, therefore, seeks a limited extension to complete briefing without any further anticipated discovery extension.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Noel P. Tripp

Noel P. Tripp
Elyse L. Patterson

cc: All counsel of record (via ECF)