# EXHIBIT A

October 1, 2026 Email from Plaintiffs' Counsel (Mahoney Law Group)
Identifying Opt-In Plaintiffs Who Have Not Participated in Discovery
*Muhammad et al. v. Alto Pharmacy LLC*

**From:** Cindy Heredia <CHeredia@mahoney-law.net>
**Sent:** Thursday, October 1, 2026 12:13 PM
**To:** Patterson, Elyse L. (Long Island); Kevin Mahoney; Tyrone Blackburn
**Cc:** Mass, Erik (NYC); Kevin Mahoney Jr.; Julian Mahoney; Le Chaune Metoyer; Beyonca Alem; Rodney S. Diggs; Tripp, Noel P. (Long Island); paralegal@mahoney-law.net
**Subject:** RE: Defendant's Deficiency Demands (RE: Muhammad et al., v. Alto Pharmacy LLC)

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good morning, Ms. Patterson,

Currently there are no other Opt-ins participating in discovery. Please see list below of opt-ins who were unresponsive and have not participated.

**OPT-INS (UNRESPONSIVE AND HAVE NOT PARTICIPATED)**

- ASHLEY CORREA
- ELIJAH DELVALLE
- MASON KLING
- JAHMAL MIDDLETON
- ANGEL SEVILLA
- MARQUIS BURKES
- NICK CAMPION
- STASIO RAMIREZ
- AVITA SINGH
- MICHAEL VALENTI
- TAMARA COCKERL
- WELLINGTON HERNANDEZ
- FAITH HACKSHAW- BERRIOS
- CHASE NELSON
- JEAN CARLOS POLO
- ERICKA WILLIAMS
- CLEVELAND WRIGHT
- STANLEE DE LA ROSA
- O’NEIL WALKER

Best,

**Cindy Heredia**
**Intake Specialist**
**MAHONEY LAW GROUP, APC**

249 E. Ocean Boulevard | Suite 814
Long Beach, California 90802
Phone: 562.590.5550 | Fax: 562.590.8400
Email: cheredia@mahoney-law.net | Website: www.mahoney-law.net

Please consider the environment before printing this e-mail

**THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION.**
This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.
**NOTICE:** Any tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.