# EXHIBIT G

Howard

A. In what form?

Q. For employment.

A. No.

Q. To your knowledge Alto Pharmacy LLC is the employer of plaintiffs and the class members, correct?

MS. GRASSOTTI: Objection.

A. No.

Q. Whose the plaintiff, sorry -- strike.

Whose the employer of the plaintiffs and class members in this matter?

MS. GRASSOTTI: Objection to form.

Q. You can answer.

A. They were not employees, they are contractors.

Q. Let's try it differently.

Who contracted with plaintiffs and class members to perform courier services on Alto LLC's behalf?

MS. GRASSOTTI: Objection to form.

Howard

A. Bike couriers and car, regular vehicle couriers, yes.

Q. And you just testified that prior to receiving a contract that couriers would have to pass a background check, a valid, provide a valid license, provide valid insurance, past and current registration.

Would the bike couriers be required to provided the same?

A. No, just ID since is wasn't a vehicle.

Q. To your knowledge were potential couriers allowed to make changes to the independent contractor agreement upon it being presented to them?

A. Very similar to the last document, I'm unsure because in my tenure I've not encountered any request to amend or red line from a potential courier.

Q. You may not have encountered any request, that's not my question.

My question is did the

Howard

form.

A. What do you mean by sign up?

Q. Well how, once hired or once entering into this independent contractor agreement, how did the plaintiffs and class members receive their shifts?

MS. GRASSOTTI: Objection to form.

A. We used a platform called When I Work that offers dynamic scheduling services, features. So couriers we invited them to join when When I Work, and from there we posted routes that were available based on forecasted demand of volume, look at the next week.

And so at that point we would create routes, we would publish them every Wednesday for the next week, and then couriers had the opportunity to go, we let them know what time we would publish. They had the opportunity to go via When I Work, grab routes they

Howard

were interested in and at those times.

Q. So Alto Pharmacy LLC would publish routes on a specific platform that would allow the couriers to select what routes they were available for?

A. What routes they are interested in performing at Alto Pharmacy LLC.

Q. The routes that were published was specifically designed by Alto, correct?

A. Yes.

Q. The courier had no opportunity to alter that route, correct?

MS. GRASSOTTI: Objection to form.

A. Incorrect.

Q. It is your testimony that the routes that Alto published on whatever Wednesday that the courier could go in and alter that route?

A. Its, I guess we, our language is off here. We had subtext in the route offer of where in New York it was going, like Bronx, Queens, Brooklyn, so

Howard

the couriers in the driver pool could see that and either take it because it is where they wanted to deliver or not.

Q. That's not my question.

A. Okay, I'm trying to get there.

Q. My question is simple.

When a courier, if you look in whatever platform that a route that was published by Alto, could they on their own go in and alter the route or did they just have to accept or decline the route?

A. What do you mean by alter?

Q. So Alto publishes the route, let's take a hypothetical. Let's say Alto says we have deliveries in Manhattan on whatever streets, I don't know, that's not the purpose, then we have routes in let's say Brooklyn.

A. Sure.

Q. Could the courier go in and somehow manipulate the routes to combine portions of different routes?

A. No.

Howard

earnings were in advance.

Q. Who knew what the potential value was or earnings were in advance of the route?

A. The courier.

Q. But it just said that, "The couriers were not paid based on the value of the project."

A. I'm trying to connect the dots for you.

Q. If its, if the rate is based on the value of the project, how does the class member get to determine the value of the project other than the rate Alto offered?

MS. GRASSOTTI: Objection to form.

A. Common knowledge is that the rate we offered had a minimum pay guarantee of either two and a half or three hours. Any time worked after that was also paid, so the value of each route was known in advance of them accepting it, a minimum value of the

Howard

route, I should say.

Q. Let me ask you this.

Are you equating the value of the route to the rate of pay that was offered?

A. Say that again.

Q. Are you equating the value of the project which I think you just termed it as route, the same as the rate of pay offered to the class members?

MS. GRASSOTTI: Objection to form.

A. No.

Q. So tell me the difference between the value of the project and the hourly rate offered to the couriers.

MS. GRASSOTTI: Objection to form.

A. The time spent performing services is known. What I'm saying the value of the route is known to the courier on each time based on what I

Howard
minimum value? Why are they not told the full value of the project or the route?

MS. GRASSOTTI: Objection to form.

A. The route has multiple factors, the length of it, as I mentioned before, its indeterminable due to how traffic, anything could have impact on the length of making deliveries, so at minimum we told them.

Q. Do you know why the contractor is not paid based on the actual amount of time spent per delivery or task or for services they provide?

MS. GRASSOTTI: Objection to form.

A. There is two sides. If they work under the minimum that we give them notice for, they are paid on the minimum. They are not rendering services up to that minimum but are still paid the minimum, anything over that they are also paid.

Howard

MS. GRASSOTTI: Objection to form.

A. I'm not sure.

Q. And --

A. Through the app it did go to the courier.

Q. Did it go directly to the courier or was it collected by Alto first?

A. In what time frame?

Q. The time frame that was provided. So when your customer or patient provided a tip did it automatically go to the courier or was it collected by Alto and then at some point in time later distribute it to the courier?

A. That's correct, it was collected first and then distributed at a later time.

Q. Are you aware of how many days after its collected and generally it was distributed to the courier?

A. I'm aware.

Howard

app it says, "Set it on Monday for the following week. Shifts for the next week are posted no later than Thursday. We assign shifts based on what you set, shifts are not a guarantee, you may not get all the shifts that you set availability for."

My question is, is this an accurate statement with respect to how couriers receive shifts and set shifts?

A. I believe this to be outdated because we released routes into like what we described as a marketplace for couriers then to grab as needed, so this looks like it is potentially outdated.

Q. So what do you mean by we released dates into a marketplace where the couriers can grab it?

MS. GRASSOTTI: Objection to form.

A. Its a process I describe where we would evaluate delivery volume for the following week on Wednesdays, no

Howard

later than Thursday, release an estimated amount of routes based on demand. Those were released as open shifts for them to grab at the designated time when they were posted.

Q. And that's the only way that couriers -- strike that.

That's the only way that couriers and/or class members could receive shifts, correct?

A. No.

MS. GRASSOTTI: Objection to form.

THE WITNESS: I'm sorry, I've got to slow down.

MS. GRASSOTTI: That's okay.

Q. I'll repeat the question.

THE COURT REPORTER: He answered no.

BY MR. MAHONEY:

Q. How else would couriers receive shifts if they don't receive them through the marketplace as Alto releases them?